**STATE of Missouri, Respondent,**

v.

**Richard KELLY, Appellant.**

No. 73069.

Missouri Court of Appeals,
Eastern District,
Division Two.

March 2, 1999.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 5, 1999.

Dave Hemingway, Asst. Sp. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Shaun J. Mackelprang, Asst. Atty. Gen., Jefferson City, for respondent.

Before JAMES R. DOWD, P.J., LAWRENCE G. CRAHAN, J., and RICHARD B.TEITELMAN, J.

### ORDER

PER CURIAM.

Defendant appeals the judgment and sentence entered upon his conviction by a jury of stealing in excess of $150. We have reviewed the briefs of the parties and the record on appeal and find no error of law. We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision. An extended opinion would have no precedential value. The judgment is affirmed pursuant to Rule 30.25(b).